**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300
**ATTORNEYS FOR PLAINTIFFS
AND THIRD-PARTY DEFENDANT**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS SYSTEMS, INC. and ATLAS HANA, LLC, | HON. MICHAEL A. SHIPP, U.S.D.J. Civil Action No. 16-05381-MAS-TJB |
| Plaintiffs, | |
| v. | |
| ANJI REDDY, ATLAS HANA INC., and VISION SOFT CONSULTING INC., a foreign corporation registered in New Jersey, | **NOTICE OF APPEARANCE** |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| VENUGOPALA CHALAMALA, | |
| Third-Party Defendant. | |

**TO:** Benjamin T. Branche, Esq.
Szaferman, Lakind, Blumstein, & Blader P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
*Attorneys for Defendants/Third-Party Plaintiffs*

95855753.1

**COUNSEL:**

**PLEASE TAKE NOTICE** the undersigned hereby enters an appearance as counsel for Third-Party Defendant Venugopala Chalamala in connection with the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that all notices given or required to be given in this action, and all pleadings, motions, applications, discovery requests and correspondence served or required to be served in this action, be given to and served upon the undersigned at the address provided below.

s/ Richard H. Brown
Richard H. Brown
Maureen C. Pavely
DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054-2891
(973) 966-6300
rbrown@daypitney.com
mpavely@daypitney.com

*Attorneys for Plaintiffs
and Third-Party Defendant*

Dated: October 28, 2016

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically via the court's Electronic Case Filing System ("ECF") and was served on counsel of record electronically via ECF.

s/ Richard H. Brown
RICHARD H. BROWN

Dated: October 28, 2016