# Law Offices of
# Joseph C. Tauriello, Esq. P.C.

221 Witherspoon Street
Princeton, NJ  08542
Voice: (609) 888-6790
Fax:   (609) 775-9111
E-Mail: jtauriello@jctlaw.us
www.jctlaw.us

October 15, 2018

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Bld. & U.S. Courthouse
402 E. State Street, Room 7000
Trenton, NJ  08608

    Re:   *Atlas Systems, Inc. v. Reddy, et al.*
            **Case No. 3:16-cv-05381 (MAS)(TJB)**

Dear Judge Shipp:

      The undersigned represents Plaintiffs Atlas Systems, Inc., and Atlas Hana LLC (collectively, "Atlas Systems") in this matter.  As previously noted, Atlas Systems reached a settlement agreement with Defendants Anji Reddy and Vision Soft Consulting, Inc. on September 11, 2017.  Pursuant to the terms of the previously reached settlement agreement, the defendant was to have already paid my client the total sum of $100,000. For months the defendant sought ways to add delay in this matter to avoid his prior promise to make restitution to Atlas Systems. Such delay tactics included his prior untimely objection to Magistrate Bongiovanni's Report and Recommendations. On August 1, 2018 the undersigned wrote to Your Honor and respectfully requested that Magistrate Bongiovanni's Report and Recommendations be accepted and that an Order be entered requiring the expedited and prompt payment, including an award of counsel fees in the event the recommendations are accepted and a final order is issued in the matter.

      Given that my client should have been paid in full by now had the Defendants honored the settlement agreement, we again respectfully request that an Order be entered in favor of Plaintiffs.


                                            Respectfully submitted,

                                            /S/

                                            Joseph C. Tauriello, Esq.

C: Client