UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS SYSTEMS, INC., et al.<br><br>                          Plaintiffs,<br><br>                 v.<br><br>ANJI REDDY, et al.<br><br>                          Defendants. | Civil Action No. 16-5381 (MAS) (TJB)<br><br><br>**ORDER** |

This matter comes before the Court upon United States Magistrate Judge Tonianne J.

Bongiovanni's Report and Recommendation ("R. & R.") (ECF No. 52). Purporting to represent

himself and one of his two co-defendants on a *pro se* basis, Defendant Anji Reddy ("Reddy") has

filed both a Response in Opposition to the R. & R. and a Motion to Vacate the Settlement. (ECF

Nos. 52 and 57.)[6] Plaintiffs Atlas Systems, Inc., and Atlas Hana LLC (collectively, "Plaintiffs")

ask the Court to accept the R. & R., deny Reddy's Motion to Vacate, and enter an order in favor

of Plaintiffs. (ECF Nos. 53-56, 58.) The Court has carefully considered the parties' submissions

and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons

stated in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 4th day of December 2020 **ORDERED** that:

1.      The R. & R. of Magistrate Judge Bongiovanni (ECF No. 51) is hereby **ADOPTED**

        as the findings of fact and conclusions of law of this Court;

---

[6] Reddy made these purportedly *pro se* filings on behalf of himself and VisionSoft Consulting, Inc. ("VisionSoft"). He does not claim to represent the third co-defendant in this matter, Atlas Hana, Inc. The Court refers collectively to all three co-defendants as "Defendants."

2.    Plaintiffs are directed to submit documentation supporting the reasonable attorneys' fees and costs associated with filing their Motion to Enforce Settlement and Sanctions within 14 days of this order.

3.    Defendants shall pay the entire $100,000 due and owing Plaintiffs by December 31, 2020.

4.    Defendants' Motion to Vacate (ECF No. 57) is **DISMISSED** with prejudice.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE